UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

JOHNNY RAY LOPEZ, Jr., 43697-074, )
)
    Petitioner, )
)
)
v. ) NOS.: 2:13-cv-124; 2:11-cr-15
)
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

### ORDER

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby **RECUSES** himself in this motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. The Clerk shall notify the Chief Judge of this district so that a substitute jurist may be appointed.

**IT IS SO ORDERED.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE